IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-142-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| BRUCE HOWELL RUNION, | |
| Defendant. | |

Defendant has filed Motion to Vacate Detention Hearing. (Doc. 16.)

Accordingly, IT IS ORDERED that the Detention Hearing currently scheduled for January 24, 2019, at 2:00 p.m. is VACATED.

DATED this 24th day of January, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge