PS 42
(Rev. 7/93)

# United States District Court

District Of Montana

United States of America )
)
)
vs. )
)
Bruce Howell Runion ) Case No. [0977 1:18CR00142]-[001]

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Bruce Howell Runion, have discussed with Shauna McCullough-Walker Pretrial Services/Probation Officer, modifications of my release conditions as follows:

(17) Defendant must submit to testing for a prohibited substance if required by the Pretrial Services Officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and any form of prohibited substance screening or testing. Defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. Defendant shall pay all costs associated with the program, unless the Pretrial Services Officer determines Defendant is financially unable to pay.

I consent to this modification of my release conditions and agree to abide by this modifications.

_____  2/16/19           _____  2/16/19
Signature of Defendant   Date              Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                      2/25/19
Signature of Defense Counsel                                Date

☒ The above modification of conditions of release is ordered, to be effective on 3/8/19.
☐ The above modification of conditions of release is *not* ordered.

_____                                      3/8/19
Signature of Judicial Officer                               Date